IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02524-STV

---

**CARL OLSON**, individually, and on behalf of all others similarly situated

    Plaintiff,

v.

**FREIGHTCO ACQUISITIONS, LLC**
**BRADLEY MCDONALD**, individually, and in his official corporate capacity

    Defendants.

---

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTELEMENT AGREEMENT AND MOTION FOR SANCTIONS UNDER SEAL

---

The Court, having reviewed Plaintiff's Motion for Leave to File Motion to Enforce Settlement Agreement and Motion for Sanctions Under Seal, and good cause appearing, hereby GRANTS the Motion. Plaintiff shall file his Motions within 28 days of the issuance of this order.

1