IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02524-STV

**CARL OLSON**, individually, and on behalf of all others similarly situated

    Plaintiff,

v.

**FREIGHTCO ACQUISITIONS, LLC**
**BRADLEY MCDONALD**, individually, and in his official corporate capacity

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted on this 8th day of July, 2021:

| | |
|---|---|
| By: /s/ *Clifford P. Bendau, II*<br>Clifford P. Bendau, II<br>BENDAU & BENDAU PLLC<br>P.O. Box 97066<br>Phoenix, Arizona 85060<br>Telephone: (480) 382-5176<br>Email: cliff@bswages.com<br><br>*Counsel for Plaintiff* | */s/ Jack Finklea*<br>Jack Finklea<br>Scopelitis, Garvin, Light, Hanson & Feary, P.C.<br>10 West Market Street, Suite 1400<br>Indianapolis, IN 46204<br>Phone: (303) 628-3391<br>Email: jfinklea@scopelitis.com<br>*Counsel for Defendants* |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the forgoing was served upon all required parties electronically through the Court's electronic case filing system on this 8th day of July, 2021.


/s/    Clifford P. Bendau, II